**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBIN AMER, CAROL MARIN, PHILIP ROGERS, ALISON FLOWERS, LINDSEY DORCUS, YOHANCE LACOUR, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVEN LABS INC., a Delaware corporation,<br><br>Defendant. | Case No. 26-cv-05437<br><br>District Judge Steven C. Seeger |

**DECLARATION OF ROBERT C. COLLINS III IN SUPPORT OF DEFENDANT ELEVEN LABS INC.'S MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Robert C. Collins III, declare as follows:

1. I am a partner with the firm Latham & Watkins LLP, counsel for Defendant Eleven Labs Inc. ("ElevenLabs").

2. I am licensed to practice law in the State of Illinois. I have personal knowledge of the facts in this Declaration and, if called upon, could and would testify competently about them.

3. I make this declaration in support of ElevenLabs' Motion to Dismiss.

4. Attached as **Exhibit 1** is a true and correct copy of ElevenLabs' EU-US Data Privacy Framework Policy, located at *https://elevenlabs.io/eu-us-data-privacy-framework-policy*, and captured by Page Vault on August 14, 2026.

5. Attached as **Exhibit 2** is a true and correct copy of ElevenLabs' CCPA Notice at Collection, located at *https://elevenlabs.io/ccpa-notice-at-collection*, and captured by Page Vault on August 14, 2026.

6. Attached as **Exhibit 3** is a true and correct copy of ElevenLabs' Privacy Policy, located at *https://elevenlabs.io/privacy-policy*, and captured by Page Vault on August 14, 2026.

7. Attached as **Exhibit 4** is a true and correct copy of ElevenLabs' homepage, located at *https://elevenlabs.io/*, and captured by Page Vault on August 14, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026
Chicago, Illinois

/s/ *Robert C. Collins III*
Robert C. Collins III