**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Robin Amer, et al.
Plaintiff,
v.
Eleven Labs Inc.
Defendant.

Case No.: 1:26−cv−05437
Honorable Steven C. Seeger

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable Steven C. Seeger: As proposed by the parties, plaintiffs' response to defendant's motion to dismiss (Dckt. No [16]) is due by September 25, 2026. Defendant's reply is due by October 20, 2026. Defendant's unopposed motion for extra pages (Dckt. No [14]) is hereby granted. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.